# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN WAYNE PIERCE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>P. CHANELO, et al.,<br><br>　　　　Defendants. | Case No. 1:13-cv-00376-DLB PC<br><br>**ORDER TO SHOW CAUSE**<br><br>ECF No. 3<br><br>RESPONSE DUE WITHIN FOURTEEN DAYS |

Plaintiff Sean Wayne Pierce ("Plaintiff") is a California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. On March 20, 2013, the Court issued an order for Plaintiff to submit an application to proceed in forma pauperis or pay the $350.00 filing fee within forty-five days. ECF No. 3. As of the date of this order, Plaintiff has not responded.

Accordingly, it is HEREBY ORDERED that Plaintiff is to show cause within **fourteen (14) days** from the date of service of this order why this action should not be dismissed for failure to obey a court order. Failure to timely respond or otherwise show cause will result in dismissal of this action for failure to obey a court order.

IT IS SO ORDERED.

　Dated:　**May 23, 2013**　　　　　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1