# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN WAYNE PIERCE, | Case No. 1:13-cv-00376-DLB PC |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | ECF No. 3 |
| P. CHANELO, et al., | RESPONSE DUE WITHIN FOURTEEN DAYS |
| Defendants. | |

Plaintiff Sean Wayne Pierce ("Plaintiff") is a California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. On March 20, 2013, the Court issued an order for Plaintiff to submit an application to proceed in forma pauperis or pay the $350.00 filing fee within forty-five days. ECF No. 3. As of the date of this order, Plaintiff has not responded.

Accordingly, it is HEREBY ORDERED that Plaintiff is to show cause within **fourteen (14) days** from the date of service of this order why this action should not be dismissed for failure to obey a court order. Failure to timely respond or otherwise show cause will result in dismissal of this action for failure to obey a court order.

IT IS SO ORDERED.

Dated:   **May 23, 2013**                             /s/ Dennis L. Beck
                                                                UNITED STATES MAGISTRATE JUDGE